# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0120
LT Case No. 16-2009-CF-003350-A

_____

RONALD D. MERRITT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Ronald D. Merritt, Madison, pro se.

James Uthmeier, Attorney General, and Brian A. Hofer, Assistant Attorney General, Tallahassee, for Appellee.

May 21, 2026

PER CURIAM.

    AFFIRMED. *See Maye v. State*, 51 Fla. L. Weekly S116 (Fla. May 14, 2026).

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____